IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC., a California corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>METROPOLE NEWS GROUP, LLC, a Delaware limited liability company, EASY PLANET LLC, a Delaware limited liability company, and RAINBOW ZONE, LLC, A Delaware limited liability company,<br><br>         Defendants.<br>_____/ | No. C 04-04367 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

   The Court has reviewed Magistrate Judge Elizabeth Laporte's Report and Recommendation Re: Plaintiff's Motion for Default Judgment.  No objections to the report were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

   IT IS HEREBY ORDERED that default judgment is GRANTED against Defendants Metropole News Group, LLC, Easy Planet, LLC, and Rainbow Zone, LLC.  The Clerk shall enter judgment.

Dated: 9/27/05

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge