CHRISTOPHER J. BORDERS (SBN 135901)
cborders@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California St. 18th Floor
San Francisco, California, 94111
Phone: 415-362-6000
Fax: 415-834-9070

Attorneys for Defendant JOHN CHOMEAU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | Case No.:  C-04-4367-CW |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| METROPOLE NEWS GROUP, LLC, a Delaware limited liability company, EASY PLANET, LLC, a Delaware limited liability company, RAINBOW ZONE, LLC, a Delaware limited liability company, STEPHANE PERRIN, an individual, JOHN CHOMEAU, an individual, and JOHN DOE, an individual whose true identify is unknown to plaintiff, | Complaint Filed:  October 15, 2004<br>Trial Date:        None Set<br><br>Hon. Claudia Wilken |
| Defendants. | |

WHEREAS, Plaintiff IO Group, Inc. and Defendant John Chomeau agreed to and filed a Stipulation on June __, 2011 (Dkt. No. ___):

IT IS HEREBY ORDERED THAT John Chomeau's name shall be removed from the Court's records as a listed defendant for all purposes, which shall include removing

1

his name in any electronic databases, including PACER.  The Court Administrator is hereby ordered to take all actions necessary to comply with this Order.

     IT IS SO ORDERED.

Dated:   **6/20/2011**               **BY THE COURT:**

Honorable Judge Claudia Wilken

2