IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC,

    Plaintiff,

  v.

METROPOLE NEWS GROUP LLC, et al.,

    Defendants.
                                           /

No. C 04-04367 CW

ORDER CLARIFYING JUNE 20, 2011 ORDER

    On June 20, 2011, the Court entered an order, pursuant to the parties' stipulation, removing a Defendant's name from this case's records.  In accordance with that Order, in the Court's Case Management/Electronic Case Filing (CM/ECF) system, the Clerk shall delete this Defendant from this case's list of Defendants.  The Clerk shall also delete this Defendant's name from the text of any CM/ECF docket entry in which it appears.  Any further redaction is not practical.

    IT IS SO ORDERED.

Dated: 8/2/2011

CLAUDIA WILKEN
United States District Judge